| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kasold, Bruce E. | 2. Court or Organization US Ct of Appeals - Vet'ns Clms | 3. Date of Report 07/18/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Judge, US Court of Appeals | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

625 Indiana Ave. NW, Suite 900
Washington, DC 20004-2950

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director Emeritus, Volunteer | Board of Directors, Pentagon Federal Credit Union |
| 2. Trustee | ▓▓▓▓ Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pentagon Federal Credit Union (PFCU) | 13-15 January | NYC, NY | PFCU planning conf | Transp, room & board, activities fees |
| 2. | PFCU | 21-24 June | Kiawah, SC | PFCU planning conf | Transp, room & board, activities fees |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Navy Federal Credit Union Account | A | Interest | M | T | | | | | |
| 2. Pentagon Federal Credit Union Account | A | Interest | J | T | | | | | |
| 3. Chevy Chase Bank Account | A | Interest | K | T | | | | | |
| 4. ING Bank | A | Interest | J | T | | | | | |
| 5. Ally Bank | A | Interest | L | T | | | | | |
| 6. MCD Stock | A | Dividend | J | T | | | | | |
| 7. SUBK Stock | | None | K | T | | | | | |
| 8. USAGX Stock | | None | K | T | | | | | |
| 9. D Stock | A | Dividend | J | T | | | | | |
| 10. BLANK----------- | | | | | | | | | |
| 11. Scottrade Cash | A | Interest | J | T | | | | | |
| 12. SKSRX (formerly GSC) | A | Dividend | K | T | | | | | |
| 13. PWE Stock | A | Dividend | J | T | | | | | |
| 14. RYJUX Stock | | None | | | Closed | 9/5/12 | J | A | |
| 15. AULO Stock | | None | J | T | | | | | |
| 16. COGC Stock | | None | J | T | | | | | |
| 17. FXPT Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SOIGF Stock | | None | J | T | | | | | |
| 19. SCEY Stock | | None | J | T | | | | | |
| 20. SKYC (formerly YCKM Stock) | | None | J | T | | | | | |
| 21. CYTR | | None | J | T | | | | | |
| 22. PBA (formerly PVX Stock) | A | Dividend | K | T | | | | | |
| 23. SGLRF (formerly PACE (formerly MDOEF) | | None | J | T | | | | | |
| 24. MFA Stock | B | Dividend | J | T | | | | | |
| 25. LGCY Stock | B | Distribution | K | T | | | | | |
| 26. CSOL Stock | | None | J | T | | | | | |
| 27. C Stock | A | Dividend | K | T | Buy (add'l) | 5/9/12 | J | | |
| 28. | | | | | Buy (add'l) | 5/11/12 | J | | |
| 29. | | | | | Sold (part) | 2/25/12 | J | A | |
| 30. HTS Stock | B | Dividend | J | T | | | | | |
| 31. HILL Stock | | None | | | Closed | 3/15/12 | J | A | |
| 32. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 33. CBMMA Bond (formerly BLXJF) | B | Interest | J | T | | | | | |
| 34. BRK/B Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CHK Stock | A | Dividend | K | T | | | | | |
| 36. BBEP Stock | | None | K | T | | | | | |
| 37. NLY | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 38. BAC | A | Dividend | J | T | Buy | 5/4/12 | J | | |
| 39. MSFT | | None | J | T | Buy | 12/27/12 | J | | |
| 40. BLANK---------- | | | | | | | | | |
| 41. Schwab Cash | A | Interest | J | T | | | | | |
| 42. SUBK Stock | | None | K | T | Buy (add'l) | 4/13/12 | J | | |
| 43. | | | | | Buy (add'l) | 4/10/12 | J | | |
| 44. | | | | | Buy (add'l) | 4/9/12 | J | | |
| 45. BBT Stock | A | Dividend | | | Sold | 6/29/12 | K | A | |
| 46. | | | | | Sold (part) | 5/10/12 | K | A | |
| 47. | | | | | Buy (add'l) | 5/4/12 | K | | |
| 48. MBVA Stock | | None | J | T | | | | | |
| 49. MNR Stock (formerly MNRTA) | A | Dividend | K | T | | | | | |
| 50. FCG Stock | A | Dividend | K | T | | | | | |
| 51. NLY Stock | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ENZN Stock | | None | J | T | | | | | |
| 53. C Stock | A | Dividend | K | T | Buy (add'l) | 12/27/12 | K | | |
| 54. | | | | | Buy (add'l) | 4/23/12 | K | | |
| 55. | | | | | Sold (part) | 3/19/12 | J | A | |
| 56. CHK+D Stock | B | Dividend | K | T | | | | | |
| 57. CRHVF Stock (formerly JAARF) Stock | A | Dividend | J | T | | | | | |
| 58. RYJUX Stock | | None | | | Sold | 9/5/12 | J | A | |
| 59. WH Stock | | None | J | T | | | | | |
| 60. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |
| 61. LGCY Stock | B | Dividend | K | T | | | | | |
| 62. EVEP Stock | B | Dividend | K | T | | | | | |
| 63. BRKB Stock | | None | J | T | | | | | |
| 64. BX Stock | A | Dividend | J | T | | | | | |
| 65. CPLP Stock | A | Dividend | J | T | | | | | |
| 66. PVR Stock | B | Dividend | K | T | | | | | |
| 67. T Stock | A | Dividend | J | T | Sold (part) | 5/18/12 | K | A | |
| 68. BANR Stock | A | Dividend | | | Sold | 3/27/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BSX Stock | | None | J | T | | | | | |
| 70. CHK Stock | A | Dividend | J | T | | | | | |
| 71. CUAEF Stock | A | Dividend | J | T | | | | | |
| 72. FTR Stock | C | Dividend | K | T | Buy (add'l) | 1/3/12 | K | | |
| 73. GGR Stock | | None | J | T | | | | | |
| 74. PPRTF Stock | | None | J | T | | | | | |
| 75. SNV Stock | A | Dividend | K | T | | | | | |
| 76. BBEP Stock | B | Dividend | K | T | | | | | |
| 77. RNO Stock | A | Dividend | K | T | | | | | |
| 78. FTR Put Options | | None | | | Sold | 11/21/12 | J | A | |
| 79. C Call Options | | None | | | Sold | 2/3/12 | J | A | |
| 80. C Put Options | | None | | | Closed | 4/21/12 | J | A | |
| 81. | | | | | Sold | 3/21/12 | J | A | |
| 82. T Call Options | | None | | | Sold | 5/19/12 | J | A | |
| 83. | | | | | Buy | 2/3/12 | J | | |
| 84. BLANK-------- | | | | | | | | | |
| 85. Schwab IRA1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. NLY Stock | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 87. JE Stock (formerly JUSTF) | | None | J | T | | | | | |
| 88. CSOL Stock | | None | J | T | | | | | |
| 89. PALAF Stock | | None | J | T | | | | | |
| 90. WH Stock | | None | J | T | | | | | |
| 91. CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 92. ANH Stock | A | Dividend | J | T | | | | | |
| 93. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 94. AT Stock | A | Dividend | J | T | | | | | |
| 95. PCWLF Stock | A | Dividend | J | T | | | | | |
| 96. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 97. TNK Stock | A | Dividend | J | T | | | | | |
| 98. BANR Stock | A | Dividend | J | T | | | | | |
| 99. SNV Stock | A | Dividend | J | T | | | | | |
| 100. WIN Stock | A | Dividend | J | T | | | | | |
| 101. RVRCF Stock | | None | J | T | | | | | |
| 102. PGH Stock | A | Dividend | J | T | Buy | 4/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  FTR Stock | A | Dividend | J | T | Buy | 1/19/12 | J | | |
| 104.  RYJUX | | None | J | T | | | | | |
| 105.  BLANK--------- | | | | | | | | | |
| 106.  Schwab Ed Acct | | | | | | | | | |
| 107.  CSOL Stock | | None | J | T | | | | | |
| 108.  BLXJF Bond | A | Interest | J | T | | | | | |
| 109.  WH Stock | | None | J | T | | | | | |
| 110.  CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 111.  TNK Stock | A | Dividend | J | T | | | | | |
| 112.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 113.  BLANK---------- | | | | | | | | | |
| 114.  Schwab Trust | | | | | | | | | |
| 115.  BLXJF Bond | A | Interest | J | T | | | | | |
| 116.  WLCDF Stock | | None | J | T | | | | | |
| 117.  CWH+D Stock (formerly HRP+D) | A | Dividend | J | T | | | | | |
| 118.  NLY Stock | B | Dividend | J | T | | | | | |
| 119.  CSOL Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 121.  YLWPF Stock | A | Dividend | J | T | | | | | |
| 122.  GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 123.  AT Stock | A | Dividend | J | T | | | | | |
| 124.  BANR Stock | A | Dividend | J | T | | | | | |
| 125.  CPKPY Stock | | None | J | T | | | | | |
| 126.  PWE Stock | A | Dividend | J | T | | | | | |
| 127.  WIN Stock | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 128.  AEV Stock | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 129.  PRE+D Stock | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 130.  PGH Stock | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 131.  IDG Stock | A | Dividend | J | T | Buy | 3/19/12 | J | | |
| 132.  BFCF Stock | | None | J | T | | | | | |
| 133.  PCWLF | | None | J | T | | | | | |
| 134.  BLANK--------- | | | | | | | | | |
| 135.  Schwab IRA2 | | | | | | | | | |
| 136.  CSOL Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PALAF Stock | | None | J | T | | | | | |
| 138. ANH Stock | A | Dividend | J | T | | | | | |
| 139. NLY Stock | A | Dividend | J | T | | | | | |
| 140. PWE Stock | A | Dividend | J | T | | | | | |
| 141. CWH Stock (formerly HRP) | A | Dividend | J | T | | | | | |
| 142. LGCY Stock | A | Dividend | J | T | | | | | |
| 143. KMP Stock | A | Dividend | J | T | | | | | |
| 144. GGLR (formerly GGR Stock) | | None | J | T | | | | | |
| 145. AT Stock | A | Dividend | J | T | | | | | |
| 146. TNK Stock | A | Dividend | J | T | | | | | |
| 147. BRKB Stock | | None | J | T | | | | | |
| 148. BX Stock | A | Dividend | J | T | | | | | |
| 149. CRHVF Stock (formerly JAARF) | A | Dividend | J | T | | | | | |
| 150. CHK+D Stock | A | Dividend | J | T | | | | | |
| 151. BANR Stock | A | Dividend | | | Sold | 3/27/12 | J | B | |
| 152. SNV Stock | A | Dividend | J | T | | | | | |
| 153. FTR Stock | A | Dividend | J | T | Buy (add'l) | 1/19/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PGH | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 155. PBKEF (changed to LSTMF for CY13) | A | Dividend | J | T | Buy | 4/9/12 | J | | |
| 156. BLANK--------- | | | | | | | | | |
| 157. Fidelity Annuity Mid Cap | | None | K | T | | | | | |
| 158. Fidelity Annuity Financial Service | | None | K | T | | | | | |
| 159. Fidelity Annuity Energy | | None | K | T | | | | | |
| 160. Fidelity Annuity Contrafund | | None | K | T | | | | | |
| 161. Fidelity Annuity Asset Manager, Gr | | None | K | T | | | | | |
| 162. AGI Annuity | | None | M | T | | | | | |
| 163. Columbia Housing P'ship (low income housing throughout US) | | None | J | W | | | | | |
| 164. Gatz Properties, LLC (Real estate in Riverhead, NY) | | None | J | W | | | | | |
| 165. Mort note to Atlantic Beach, LLC, Coconut Gorve, FL | | None | J | W | | | | | |
| 166. Mort note to V Strategic Group, Inc., Coconut Grove, FL | E | Distribution | | | Closed | 06/01/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kasold, Bruce E. | 07/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments related to 2011 as compared to 2012 filing (all comments are to the 2010 filing).
1. Part VII, lines 20A-21A. SKYC was formerly YCKM, not CYTR.


Comments on 2012 filing.
1. Line 104. RYJUX is reported on line 14 as being sold w/i the Scottrade account. It is also in the Schwab account, however, and was not sold. Since I reported the accounts separately, it should have been reported as part of the Schwab account last year, but accidently was not.
2. Lines 131 and 132. BFCF and PCWLF did not have reportable values in the past; now they do.
3. Line 172. The Mortgage note to V Strategic was closed last year as it was in receivership with no expectation of recovery, but an unexpected distribution was made this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce E. Kasold**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544